DONALD KING, an Infant, by ROLLAND KING, His Guardian ad Litem, Respondent, *v.* LILLIAN McCLELLAN, Appellant.

ROLLAND KING, Respondent, *v.* LILLIAN McCLELLAN, Appellant.

(Argued November 29, 1933; decided December 15, 1933.)

*Rollin B. Sanford* and *John T. DeGraff* for appellant.

*Daniel H. Prior* and *Samuel Englebardt* for respondents.

Judgment affirmed, with costs; no opinion. (See 263 N. Y. 669.)

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and CROUCH, JJ. Not sitting: KELLOGG, J.